### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLOTTE R. MARTIN**                                             **PLAINTIFF**

**v.**                          **Case No. 4:25-cv-00596-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the

Commissioner's decision is affirmed and that plaintiff Charlotte R. Martin's complaint is

dismissed with prejudice.  The relief requested is denied.

It is so adjudged this the 5th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge